COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Atom Nanoelectronics, Inc. and Kris Smolinski v. Applied
Nanofluorescence, LLC

Appellate case number:    01-15-00952-CV

Trial court case number:    1059909

Trial court:              County Civil Court at Law No. 2 of Harris County

On December 31, 2015, this Court, among other things, granted the extension request by the appellants, Atom Nanoelectronics, Inc. and Kris Smolinski, to file their brief until January 19, 2016, in this interlocutory appeal from the trial court's October 20, 2015 order denying their special appearance. *See* TEX. CIV. PRAC. & REM. CODE. § 51.014(a)(7) (West Supp. 2015); TEX. R. APP. P. 26.1(b), 28.1(a). In that Order, because the reporter's record had not yet been filed and there was a dispute over whether there was such a record, this Court also ordered appellants to provide to the Clerk of this Court written evidence from the reporter within 10 days of that order showing whether there is a record and, if so, that appellants have requested and paid for the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1), (2), 35.3(b)(2), (3), (c), 37.3(c)(1), (2).

On January 10, 2016, the court reporter filed an info sheet in this Court stating that there is a reporter's record and that appellants had paid for it on January 7, 2016. On January 12, 2016, the reporter filed a second info sheet in this Court requesting an extension of time until February 12, 2016, to file the reporter's record, which the Clerk of this Court granted. Because the Clerk of this Court granted the reporter's extension request to file the reporter's record, the appellants' brief deadline was automatically suspended until after that record is filed. *See* TEX. R. APP. P. 38.6(a)(2).

However, on January 19, 2016, the Clerk of this Court received, but has not yet filed, appellants' brief and an appendix, which included references to the clerk's record, but did not include any references to the reporter's record or excerpts of that record. *See* TEX. R. APP. P. 38.1(k)(2). Appellants' brief, therefore, is a prematurely-filed brief because it did not contain any references or citations to the reporter's record, which was

just filed on January 26, 2016. *See* TEX. R. APP. P. 38.1(g), (i), 38.6(a)(2). Thus, the Court sua sponte **STRIKES** appellants' brief because it does not comply with Rule 38.1. *See id.* 38.1, 38.9(a).

Accordingly, because the reporter's record has now been filed, the Court **ORDERS** appellants to file their amended appellate brief, within 20 days of the date of this Order, containing all necessary references to both the clerk's and reporter's records and conforming with Rule 38.1. *See* TEX. R. APP. P. 2, 38.1(a)-(k), 38.6(a)(2). Appellee's brief will be due within 20 days of the filing of appellants' amended brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature:   /s/ Laura C. Higley
                              ☑ Acting individually      ☐ Acting for the Court

Date: January 28, 2016